```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EMANUEL DELACRUZ, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED

     Plaintiff,

   v.

25TH STREET SHOWPLACE ANTIQUE
CENTER, INC.

     Defendant.
------------------------------------------------------------x

No.: 19-cv-07807

ECF CASE

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, EMANUEL DELACRUZ, and Defendant, 25TH STREET SHOWPLACE ANTIQUE CENTER, INC., in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
   Setpember 26, 2019

**VERDE, STEINBERG & PONTELL, LLC**

_____
Steven Pontell, Esq.
19 Main Street
Hackensack, New Jersey 07601
(201) 489-0075
Attorneys for Defendant

**GOTTLIEB & ASSOCIATES**

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
Attorneys for Plaintiffs

SO ORDERED:

Dated: October 1, 2019
   New York, New York

_____
ANALISA TORRES
United States District Judge